IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-135-1H

UNITED STATES OF AMERICA, )
)
)
)
v. )
) **ORDER**
)
MALAYNA NATASHA MCFADDEN, )
)
Defendant. )
)

This matter is before the court on defendant's pro se motion for early termination of her supervised release, [DE #50]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion.

This 18th day of December 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35