IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-135-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MALAYNA NATASHA MCFADDEN, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for early termination of her supervised release, [DE #52]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion.

This 14th day of January 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26